IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MA'ALUUM ABDULLAH a/k/a TODD COOKS, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. CIV-13-97-D |
| JUSTIN JONES, Director, *et al.*, ) ) | |
| Defendants. ) | |

**ORDER TRANSFERRING CASE**

This matter is before the Court for review of the Report and Recommendation and the Supplemental Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1)(B)-(C). Judge Mitchell recommends that Plaintiff's action be transferred to the Eastern District of Oklahoma pursuant to 28 U.S.C. § 1404(a).

The record reflects no timely objection to the Report nor request for additional time to object. The Court finds that Plaintiff has waived further review of all issues addressed in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996). For this reason, and the reasons fully explained by Judge Mitchell, the Court finds that a transfer pursuant to 28 U.S.C. § 1404(a) is warranted.

IT IS THEREFORE ORDERED that the Court adopts the Report and Recommendation [Doc. No. 9] as modified by the Supplemental Rpoert and Recommendation [Doc. No. 10]. This action is transferred to the United States District Court for the Eastern District of Oklahoma.

IT IS SO ORDERED this 14th day of May, 2013.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE